# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-23-00528-CR
NO. 03-23-00529-CR

**The State of Texas, Appellant**

**v.**

**Truman McCollum, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY**
**NO. MR2C2101190, THE HONORABLE REBECCA DEPEW, JUDGE PRESIDING**

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

In the above appeals filed by the State of Texas, challenging the trial court's order granting appellee Truman McCollum's pretrial motion to suppress evidence, counsel for McCollum has filed a suggestion of death, representing that they "have been informed by a family member that Mr. McCollum has died during the pendency of this State's appeal" and that they are in the process of obtaining a death certificate to provide verification of this to the Court so that this appeal may be dismissed." Counsel "respectfully request a 60-day abatement to obtain a copy of the death certificate," and they advise that "[o]nce proof of death is filed with this Court, th[ese] appeal[s] should be dismissed."

"Under Tex. R. App. P. 7.1(a)(2), if an *appellant* in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated." *State v. McCaffrey*, 76 S.W.3d 392, 392 (Tex. Crim. App. 2002)

(emphasis added). "But when the State is the party appealing," and "a defendant dies during the pendency of a State's appeal, all issues become moot" and the appeal should be dismissed. *Id*. at 393; *see also State v. Uhrich*, No. 03-19-00909-CR, 2020 WL 6265521, at *1 (Tex. App.—Austin Oct. 23, 2020, no pet.) (mem. op., not designated for publication).

Accordingly, we abate these appeals so that counsel for McCollum may obtain proof of McCollum's death. Counsel is instructed to file proof of death with this Court no later than 60 days from today's date. After this Court receives proof of death, we will reinstate these appeals and then dismiss them as moot. If counsel is unable to obtain proof of death within 60 days, counsel is instructed to file a status report with this Court explaining the delay.

It is so ordered December 22, 2023.

Before Justices Baker, Triana, and Smith

Abated

Filed:   December 22, 2023

Do Not Publish

2